

## MERRELL v. STATE.
### No. 25399.

Court of Criminal Appeals of Texas.
Oct. 17, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense of driving a motor vehicle while intoxicated. He pleaded guilty before the court who found him guilty and assessed a fine of $50.

The record on appeal contains no statement of facts and no bills of exception. All the proceedings appear to be regular. Nothing is presented for review.

The judgment of the trial court is affirmed.